Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

CARL DAVID COOK
KRISTIN LEA COOK

CASE NO: 10-70040-HDH-13
HEARING DATE:  11/17/2010
HEARING TIME:   10:00am

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 007 0 U | ACS | $19,860.00 | 009 0 U | AAROW FINANCIAL SERVICES | $2,020.00 |
| 012 0 U | CCS | $346.00 | 014 0 U | CREDIT MANAGEMENT/TIME WARNER | $6.00 |
| 015 0 U | CREDIT ONE BANK | $1,223.00 | 018 0 U | EXECUTIVE SERVICES | $813.00 |
| 019 0 U | HERRING BANK | $1,798.00 | 026 0 U | SHELL OIL | $482.00 |
| 028 0 U | TXU ENERGY | $105.00 | 037 0 U | 500 FASTCASH | $325.00 |
| 038 0 U | ACE | $1,270.47 | 042 0 U | AMERILOAN | $65.00 |
| 043 0 U | AAROW FINANCIAL SERVICES | $3,142.00 | 048 0 U | CASH NET USA | $627.40 |
| 049 0 U | CHECK N GO | $1,159.79 | 050 0 U | CHECK N GO | $313.52 |
| 051 0 U | CMG GROUP | $500.00 | 052 0 U | EXECUTIVE SERVICES | $95.00 |
| 053 0 U | EXECUTIVE SERVICES | $442.00 | 054 0 U | FIRST BANK OF DELAWARE | $1,008.91 |
| 055 0 U | GLOBAL GROUP HOLDINGS | $500.00 | 056 0 U | HERRING BANK | $1,706.00 |
| 058 0 U | IDEAL GELT | $650.00 | 059 0 U | JVC | $500.00 |
| 060 0 U | LOAN POINT USA | $600.00 | 061 0 U | MY CASH CENTER | $509.69 |
| 062 0 U | PAYCHECK TODAY | $500.00 | 063 0 U | PAYDAY LOAN YES | $455.00 |
| 064 0 U | STAR CASH | $350.00 | 066 0 U | TXU ENERGY | $105.00 |
| 067 0 U | TXU ENERGY | $104.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 011 0 | CAPITAL ONE AUTO FINANCE | 2006 CHEVY TRAILBLAZER | $14,539.10 | $13,000.00 | 9.00% | 57 | $317.59 PAID BY TRUSTE |
| | Extended term from 50 to 57 months. See modification below. | | | | | | |
| 013 0 | WICHITA COUNTY | 2010 PROPERTY TAXES - 2808 CONCHO | $2,240.00 | $105,782.00 | | | PD DIRECT BY DEBTOR |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 031 0 | WELLS FARGO HOME MORTGAGE | HOME ARREARS THRU 2-2010 | $2,166.12 | $105,782.00 | 4.50% | 57 | $42.44 PAID BY TRUSTEE |
| | *Extended term from 50 to 57 months. See modification below.* | | | | | | |
| 032 0 | WACHOVIA DEALER SERVICES | 2004 DODGE INTRIPID/WFS | $7,055.14 | $5,275.00 | 9.00% | 57 | $128.87 PAID BY TRUSTEE |
| | *Extended term from 50 to 57 months. See modification below.* | | | | | | |
| 035 0 | WELLS FARGO HOME MORTGAGE | DIRECT PMTS BEGIN 3-2010 | $101,516.93 | $105,782.00 | | | PD DIRECT BY DEBTOR |

**PRIORITY CREDITORS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 003 0 | INTERNAL REVENUE SERVICE | 2006 INCOME TAXES | $2,489.15 | | | 57 | $55.31 PAID BY TRUSTEE |
| | *Extended term from 50 to 57 months. See modification below.* | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 008 0 U | PANHANDLE PLAINS | $55,707.80 | 010 0 U | CAPITAL ONE BANK USA | $2,242.43 |
| | *STUDENT LOAN - LATE FILED* | | | *PURCHASES* | |
| 011 1 U | CAPITAL ONE AUTO FINANCE | $1,539.10 | 016 0 U | DISCOVER FINANCIAL SERVICES | $1,501.33 |
| | *SPLIT CLAIM/2006 CHEVY TRAILBLAZER* | | | *PURCHASES* | |
| 020 0 U | HSBC BANK NEVADA | $595.63 | 021 0 U | ADVANTAGE ASSETS, INC | $1,177.31 |
| | *PURCHASES* | | | *SERVICES* | |
| 022 0 U | PRA RECEIVABLES MANAGEMENT | $1,447.30 | 023 0 U | MIDLAND CREDIT MANAGEMENT | $650.19 |
| | *PURCHASES/MARIN* | | | *PURCHASES/GE MONEY BANK* | |
| 024 0 U | BECKET & LEE LLP | $327.31 | 025 0 U | PRECISION RECOVERY ANALYTICS INC | $348.96 |
| | *PURCHASES/WELLS FARGO* | | | *PURCHASES/OLD NAVY* | |
| 027 0 U | OAK HARBOR CAPITAL LLC | $389.47 | 030 0 U | US DEPT OF EDUCATION | $13,436.92 |
| | *PURCHASES* | | | *STUDENT LOAN* | |
| 032 1 U | WACHOVIA DEALER SERVICES | $1,780.14 | 036 0 U | MYCASHCENTER.COM | $560.64 |
| | *SPLIT CLAIM/2004 DODGE INTRIPID* | | | *LOAN* | |
| 039 0 U | ACS | $33,227.36 | 040 0 U | PANHANDLE PLAINS | $17,158.97 |
| | *STUDENT LOAN* | | | *STUDENT LOAN - LATE FIELD* | |
| 041 0 U | PANHANDLE PLAINS | $9,705.82 | 044 0 U | CAPITAL ONE BANK USA | $1,771.20 |
| | *STUDENT LOAN - LATE FILED* | | | *PURCHASES* | |
| 045 0 U | CAPITAL ONE BANK USA | $1,735.30 | 046 0 U | CAPITAL ONE BANK USA | $1,688.65 |
| | *PURCHASES* | | | *PURCHASES* | |
| 047 0 U | CAPITAL ONE BANK USA | $1,175.85 | 057 0 U | HSBC BANK NEVADA | $586.80 |
| | *PURCHASES* | | | *PURCHASES* | |
| 065 0 U | COTTONWOOD FINANCIAL TEXAS LP | $453.92 | 080 0 U * | BUREAUS INVESTMENT GROUP PORT NO 7 | $891.08 |
| | *LOAN/THE CASH STORE* | | | *PURCHASES* | |
| | | | | *Not provided for in confirmed plan.* | |
| 081 0 U * | WELLS FARGO BANK NA | $657.56 | 085 0 U * | ASSET ACCEPTANCE LLC | $2,802.11 |
| | *SERVICES* | | | *PURCHASES/WFNNB BEALLS* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 086 0 U * | ASSET ACCEPTANCE LLC | $745.35 | | | |
| | *SERVICES/X-CEL* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be treated over a 57 month plan term.
Debtors plan term shall be extended from 50 to 57 months. Debtor shall pay $609 per month beginning March 2010 for 57 months for a total plan base amount of $34,713.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 11/17/2010 AT 10:00am CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   9/21/2010                                                                             /s/ Walter O'Cheskey

                                                                                                                                                                                                                                                                                                      _____

                                                                                                       Walter O'Cheskey
Chapter 13 Trustee

```
500 FASTCASH 515 G SE  MIAMI OK 74354
AAROW FINANCIAL SERVICES 5996 W TOUHY AVE  NILES IL 60714
ACE 1231 GREENWAY DR STE 600  IRVING TX 75038
ACS PO BOX 22724  LONG BEACH CA 90801
ACS STUDENT BANKING GROUP POB BOX 182174 COLUMBUS OH 43218
ACS/PANHANDLE PLAINS HERRING BANK 1900 PEASE ST VERNON TX 76384
ADVANTAGE ASSETS, INC 7322 SW FRWY STE 1600  HOUSTON TX 77074
AMERILOAN 198 SOUTH EIGHT TRIBES TRAIL  MIAMI OK 74355
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
BUREAUS INVESTMENT GROUP PORTFOLIO NO 7 C/O THE BUREAUS INC 1717 CENTRAL AVE EVANSTON IL 60201
CAPITAL ONE AMERICAN INFOSOURCE PO BOX 54529 OKLAHOMA CITY OK 73154
CAPITAL ONE AUTO FINANCE 3901 DALLAS PKWY  PLANO TX 75093
CAPITAL ONE AUTO FINANCE PO BOX 821209  DALLAS TX 75382
CAPITAL ONE AUTO FINANCE PO BOX 829009  DALLAS TX 75382
CAPITAL ONE BANK USA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CARL DAVID COOK & KRISTIN LEA COOK 2808 CONCHO  WICHITA FALLS TX 76308
CASH NET USA 200 W JACKSON BLVD STE 1400  CHICAGO IL 60606
CCS 500 E 60TH ST N  SIOUX FALLS SD 57104
CHECK N GO 7755 MONTGOMERY ROAD STE 400 CINCINNATI OH 45236
CITY OF WF, WFISD AND WICHITA COUNTY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
CMG GROUP 11 EAST GREGORY STE 200  KANSAS CITY MO 64114
COTTONWOOD FINANCIAL TEXAS LP 1901 GATEWAY DRIVE,  SUITE 200  IRVING TX 75038
CREDIT MANAGEMENT/TIME WARNER CABLE 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
CREDIT ONE BANK PO BOX 98872  LAS VEGAS NV 89193
DISCOVER FIN SVCS LLC PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
FIRST BANK OF DELAWARE PO BOX 37727  PHILADELPHIA PA 19101
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
GLOBAL GROUP HOLDINGS PO BOX 901795  KANSAS CITY MO 64153
GREAT LAKES HIGHER EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON WI 53708
HERRING BANK 1900 PEASE ST  VERNON TX 76384
HSBC BANK NEVADA C/O PRA RECEIVABLES MANAGEMENT PO BOX 12907 NORFOLK VA 23541
HSBC BANK/BANKRUPTCY PO BOX 5253  CAROL STREAM IL 60197
IDEAL GELT 2500 WILCREST DR STE 201  HOUSTON TX 77042
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
JVC 7211 NW 83RD ST  KANSAS CITY MO 64152
LOAN POINT USA PO BOX 148  SHAWNEE MISSION KS 66201
LTD FINANCIAL SVCS LP 7322 SOUTHWEST FWY STE 1  HOUSTON TX 77074
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
MIDLAND CREDIT MANAGEMENT INC PO BOX 939019  SAN DIEGO CA 92193
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
MY CASH CENTER 1614 ST MICHAEL DR  TEXARKANA TX 75503
MYCASHCENTER.COM 1614 HAMPTON ROAD  TEXARKANA TX
NCO FINANCIAL SYSTEMS 507 PRUDENTIAL ROAD  HORSHAM PA 19044
OAK HARBOR CAPITAL LLC C/O WEINSTEIN & RILEY PS 2001 WESTERN AVE  STE 400 SEATTLE WA 98121
OAK HARBOR CAPITAL LLC C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124
PANHANDLE PLAINS TEXAS GUARANTEED STUDENT LOAN CORP PO BOX 83100 ROUND ROCK TX 78683
PARAGONWAY 2101 WEST BEN WHIT  AUSTIN TX 78704
PAYCHECK TODAY 515 G NE  MIAMI OK 74354
PAYDAY LOAN YES 4001 SOUTH 700  SALT LAKE CITY UT 84157
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PRECISION RECOVERY ANALYTICS INC C/O B-LINE LLC MS 550 PO BOX 91121 SEATTTLE WA 98111
SHELL OIL ATTN  CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
STAR CASH 3531 P ST NW  MIAMI OK 74355
TARGET NATIONAL BANK C/O WEINSTEIN & RILEY PS 2001 WESTERN AVENUE STE 400 SEATTLE WA 98121
TARGET PO BOX 9475  MINNEAPOLIS MN 55440
THE CASH STORE 3900 SHEPPARD ACCESS ROAD  WICHITA FALLS TX 76308
TXU ENERGY 200 W JOHN CARPENTER FWY  IRVING TX 75039
TXU ENERGY RETAIL COMPANY C/O BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US DEPT OF ED/GLELSI 2401 INTERNATIONAL LN  MADISON WI 53704
```

US DEPT OF EDUCATION PO BOX 530229  ATLANTA GA 30353
WACHOVIA DEALER SERVICES PO BOX 19657  IRVINE CA 92623
WACHOVIA DEALER SERVICES PO BOX 25341  SANTA ANA CA 92799
WELLS FARGO BANK LEGAL PRACTICE MANAGEMENT 15000 SURVEYOR BLVD ADDISON TX 75001
WELLS FARGO BANK NA PO BOX 63491 MAC A143-042  SAN FRANSISCO CA 94163
WELLS FARGO BANK PO BOX 5058 MAC P6053 021 PORTLAND OR 97208
WELLS FARGO HM MORTGAG 8480 STAGECOACH CIR  FREDERICK MD 21701
WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS / MAC # X2302-04C BANKRUPTCY PAYMENT PROCESSING DES MOINES IA 50328
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242